**Sergio Gonzalez SANABRIA, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–74503.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 21, 2010.

Richard Clay Mendez, Esquire, Law Offices Of Mendez & Lopez, Los Angeles, CA, for Petitioner.

Katharine Clark, Esquire, Trial, Kristin A. Moresi, Trial, OIL, Shelley Goad, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

### MEMORANDUM **

Sergio Gonzalez Sanabria, native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision pretermitting his application for cancellation of removal.

We lack jurisdiction to review Gonzalez Sanabria's contentions that he is statutorily eligible for cancellation of removal and voluntary departure because his conviction under 18 U.S.C. § 1542 does not constitute a crime of moral turpitude because he failed to exhaust these issues before the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.